**91-181.** State v. Johnson. *Cuyahoga County,* No. 60911.

**91-197.** Jeffers v. Phillips Ready Mix. *Greene County,* No. 90-CA-0057.

Douglas, J., dissents.

**91-222.** Kemp, Schaeffer & Rowe Co., L.P.A. v. Frecker. *Franklin County,* No. 90AP-314. On motion and cross-motion to certify record. Motions overruled.

Sweeney, Douglas and Resnick, JJ., dissent.

**91-239.** Snider v. Cincinnati Civil Serv. Comm. *Hamilton County,* No. C-890693.

Wright, J., dissents.

**91-245.** Keffer v. Honda of America Mfg. Co. *Union County,* No. 14-89-28.

H. Brown, J., dissents.

**91-273.** Guardado v. Newton Buying Corp. *Cuyahoga County,* No. 57798.

**91-289.** Belfance v. Standard Oil. *Summit County,* No. 14688.

Wright and H. Brown, JJ., dissent.

## REHEARING DOCKET

**90-1098.** Akron v. Bilder. *Summit County,* No. 14363. On motion for rehearing. Rehearing denied.

Resnick, J., dissents.

**90-1221.** Bilder v. Akron. *Summit County,* No. 14405.

On motion for rehearing. Rehearing denied.

Resnick, J., dissents.

**90-1222.** Bilder v. Barberton. *Summit County,* No. 14488. On motion for rehearing. Rehearing denied.

**90-1568.** Akron v. Bilder. *Summit County,* No. 14309. On motion for rehearing. Rehearing denied.

**90-2336.** Youssef v. Parr, Inc. *Cuyahoga County,* No. 56821. On motion for rehearing. Rehearing denied.

Holmes and Wright, JJ., dissent.

**90-2444.** Berlinger v. Mt. Sinai Medical Ctr. *Cuyahoga County,* No. 57335. On motion for rehearing. Rehearing denied.

Sweeney, Douglas and Resnick, JJ., dissent.

**90-2367.** Oliver v. Cleveland Trinidad Paving Co. *Cuyahoga County,* No. 57550. On motion for rehearing. Rehearing denied.

**90-2528.** Busman v. TRW, Inc. *Cuyahoga County,* No. 60342. On motion for rehearing. Rehearing denied.